IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ANHAM FZCO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SUPREME FOODSERVICE, GMBH, *et al.*, <br><br> Defendants. | ) ) ) ) ) Civil Action No. 1:17cv1290 (RDA/JFA) ) ) ) ) ) ) |

### ORDER

This matter is before the court on plaintiffs' motion for leave to serve process on defendant Soren Borup Norgaard by alternative means or, alternatively, to authorize limited discovery. (Docket no. 68). Having reviewed the memorandum in support of the motion (Docket no. 69), defendant Supreme Foodservice GMBH and Stephen Orenstein's opposition (Docket no. 73), and plaintiffs' reply (Docket no. 78), and noting that the District Judge has entered an order denying the motion to dismiss (Docket no. 77), it is hereby

ORDERED that the motion is granted in part and denied in part. At this time, the court finds that service by alternative means is not appropriate but that plaintiffs' should be allowed to conduct limited discovery and attempt to obtain information sufficient to locate and serve defendant Soren Borup Norgaard before resorting to service by alternative means. This discovery shall be limited to information necessary to locate and serve defendant Soren Borup Norgaard and shall not be counted as a part of the 30 interrogatory or 5 non-party, non-expert deposition limits customarily imposed on the parties in this court.

Entered this 22nd day of January, 2020.

                                               /s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia

2