## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ANHAM FZCO, *et al.*, | ) ) ) | |
| | ) | CASE NO.: 1:17-cv-1290 (RDA/JFA) |
| Plaintiff-Relator, | ) ) | |
| vs. | ) ) | |
| SUPREME FOODSERVICE, GMBH., *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## PLAINTIFF-RELATORS' NOTICE OF VOLUNTARY DISMISSAL

Plaintiff-Relators ANHAM FZCO and Asadullah Saderkhail ("Relators"), by and through counsel, hereby provide notice, pursuant to Federal Rule of Civil Procedure 41(a)(1), that the above-entitled action is voluntarily dismissed without prejudice against all remaining defendants in this case, specifically (1) Supreme Group USA LLC; (2) Soren Borup Norgaard; (3) Sader Al Khail General Trading, LLC; and (4) Haji Obaidullah Sader Khail.  Counsel for Relators have conferred with counsel for the United States who will be separately filling a notice of consent to the voluntary dismissal as required under the False Claims Act, 31 U.S.C. § 3720(b)(1).

Dated: September 24, 2021                    Respectfully submitted,

                                                                _____/s/_____
                                                                David A Warrington (VSB No. 72293)
                                                                DHILLON LAW GROUP, INC.
                                                                2000 Duke Street, Suite 300
                                                                Alexandria, Virginia 22314
                                                                Telephone: (571) 400-2120
                                                                Facsimile: (415) 520-6593
                                                                Email: dwarrington@dhillonlaw.com

                                                                *Counsel for Plaintiffs ANHAM FZCO and*
                                                                *Asadullah Saderkhail*

_____/s/_____
Michael D. Kohn (Admitted *pro hac vice*)
D.C. Bar No. 425617
KOHN, KOHN & COLAPINTO, LLP
1710 N Street, NW
Washington, DC 20036
Telephone: (202) 342-6980
Facsimile: (202) 342-6984
Email: mk@kkc.com

*Counsel for Plaintiffs ANHAM FZCO and*
*Asadullah Saderkhail*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 24, 2021, I electronically filed the foregoing with the

Court's CM/ECF system, which will serve a copy on all counsel of record.


                                        /s/
                                        David A. Warrington